IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:25-cr-0024 |
| ) | |
| **KUAUMI JN BAPTISTE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated October 17, 2025, ECF No. 41, recommending that the Defendant's plea of guilty to Count One of the Indictment, Distribution of a Controlled Substance, a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 41, is **ADOPTED;** it is further

**ORDERED** that Defendant Kuaumi Jn Baptiste's plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Kuaumi Jn Baptiste is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **December 15, 2025;** it is further

*United States v. Kuaumi Jn Baptiste*
Case No. 3:25-cr-0024
Order
Page **2** of **2**

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **January 8, 2026;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **January 22, 2026;** it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than **February 5, 2026**; and it is further

**ORDERED** that a sentencing hearing shall be held on **February 19, 2026, at 9:00 A.M. in STT Courtroom No. 1**.

**Dated:** November 4, 2025                              */s/ Robert A. Molloy*
                                                                          **ROBERT A. MOLLOY**
                                                                          **Chief Judge**